AO 442

PLEASE RECEIPT AND RETURN

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
v.
Jose Manuel VASQUEZ

2013 APR -3 AM 9: 34

**WARRANT FOR ARREST**

To: The United States Marshal
and any Authorized United States Officer

CASE NUMBER: 12CR4999-PCL-001

NOT FOR PUBLIC VIEW

YOU ARE HEREBY COMMANDED to arrest  Jose Manuel VASQUEZ
                                       Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense)

In violation of Title _____ See Above _____ United States Code, Section(s) _____

W. Samuel Hamrick, Jr.
Name of Issuing Officer

Clerk of the Court
Title of Issuing Officer

C. Castro
Signature of Deputy

January 29, 2013    El Centro, California
Date and Location

Bail fixed at $ _____ No Bail _____  by The Honorable Magistrate Judge Peter C. Lewis
                                            Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at LONG BEACH, CA -

| DATE RECEIVED 1/29/13 | NAME AND TITLE OF ARRESTING OFFICER USMS, C/CA-SANTA ANA | SIGNATURE OF ARRESTING OFFICER USMS S/CA- EL CENTRO C/CA |
| --- | --- | --- |
| DATE OF ARREST 04/01/2013 | | |

